**Donald WHITE, Appellant**

v.

**Barack Hussein OBAMA and Patrick Joseph Kennedy, Appellees.**

**No. 14–5043.**

United States Court of Appeals, District of Columbia Circuit.

June 30, 2014.

Donald White Pittsburgh, PA, for Appellant.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

Before: GRIFFITH and WILKINS, Circuit Judges; GINSBURG, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed October 25, 2013, and January 29, 2014, be affirmed. The district court properly dismissed appellant's complaint as frivolous. *See Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). Furthermore, the district court did not abuse its discretion in denying appellant's motion for relief under Fed.R.Civ.P. 60(b). *See Smalls v. United States,* 471 F.3d 186, 191–92 (D.C.Cir.2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.